UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M-CUBED LLC, a Washington limited liability company and JOHN T. SESSIONS HISTORIC AIRCRAFT FOUNDATION,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>MAERSK LINE LTD, a Delaware corporation,<br><br>        Defendant,<br><br> and<br><br>MAERSK INC, a New Your corporation and AP MOLLER-MAERSK A/S, a Danish Company,<br><br>        Defendants - Appellees. | No. 08-35194<br><br>D.C. No. 2:06-cv-01403-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

    The judgment of this Court, entered March 11, 2010, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

    Cost is awarded to the appellant in the amount of $629.80.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk