UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M-CUBED LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAERSK LINE LTD,<br><br>　　　　　　Defendant. | CASE NO. C06-1403 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The parties are ordered to submit a Joint Status Report to this Court by no later than **November 7, 2011**, detailing the status of settlement negotiations, discovery and trial preparations.

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this _25th_ day of October, 2011.

3

4 | William M. McCool<br>Clerk of Court

5

6 | s/Mary Duett<br>Deputy Clerk

MINUTE ORDER- 2